EXHIBIT

G

I don't screw young, immature, bitchy college girls anymore. It's not that I don't want to, it can be enjoyable, it's just too much like another activity I absolutely hate. See, college pussy in florida is actually very low quality, it's never as good as the pics they send you over the phone. A little juice is good, but it's often excessively lubricated. Although it's low quality, for some reason, it's in extremely high demand. There's always a line of people in front of you that want their turn first, and they expect you to wait to get some. It always takes longer than you think it will, and much, much longer than it should. The person serving you is always extremely rude, especially when you wanna get some late at night, even though that's when it tastes the best, and late at night they may act like they're out of it, when you know they're just too lazy to give you some. They may act a bit more polite if they get some money out of you. There's always an attempt at upcharge, dinner turns into dinner and a movie, dinner and a movie turns into ice cream afterward, and I hate people tryin to upcharge me. It feels good goin in, but sometimes, you get sick after eating some.

So, low quality but in high demand, waiting behind people that want their turn, greasier than need be, always looks better in the picture so you're disappointed when you get it, dealing with someone extremely rude to get your order, making excuses about serving you the way you like late at night when you want it the most, money always demanded to get what you want, getting upcharged when you just want one thing and you were clear about what you wanted, feeling good going in, but sometimes you get sick afterward...young pussy is a lot like waiting in the drive thru at McDonalds...and I HATE waiting in the drive thru at mcdonalds.

(foreshadowing: this comes after scenario where my friend drives thru mcdonalds and I complain about generally hating waiting in line at mcdonalds [primarily cuz the food's shit])